UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COMCAST OF SOUTH FLORIDA, II, INC.**
a Delaware corporation,

       Plaintiff,
vs.              Case #: 8:04-CV-1892-T-27TGW

**SCOTT SIMPSON, individually, et al,**

       Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Agreed Motion for an Order on Preliminary Injunction, Asset Freeze and Accounting (Dkt. 40). Upon consideration, the parties' Motion for Preliminary Injunction is GRANTED.

In order to prevent and restrain the Defendant, Scott Simpson, individually and d/b/a Beach Bum Memory, Inc. a dissolved Florida corporation, f/k/a S & S Video's, Inc., from any violations of 47 U.S.C. §533, and pursuant to the power granted by 47 U.S.C. §533 (c)(2); and upon consideration of the Plaintiff's and Defendant Scott Simpson, individually and d/b/a Beach Bum Memory, Inc. a dissolved Florida corporation, f/k/a S & S Video's, Inc. Agreed Motion for Preliminary Injunction, Asset Freeze and Accounting, it is

  **ORDERED AND ADJUDGED** that

  1) The parties' Agreed Motion for an Order on Preliminary Injunction, Asset Freeze and Accounting (Dkt. 40) is **GRANTED**.

1

2) The Court's Temporary Restraining Order dated June 13, 2005 is hereby converted to a Preliminary Injunction.

3) The hearing on Plaintiff's Motion for Preliminary Injunction currently scheduled for Wednesday, June 22, 2005 at 1:30P.M. is **CANCELED**.

4) Defendant Scott Simpson shall have until Monday, June 27, 2005 to either file a completed accounting or in the alternative, a legal brief identifying any valid legal reason why the Defendant believes he should not have to provide this accounting.

5) Defendant Scott Simpson shall have until Monday, June 27, 2005 to provide all passwords to the "Dell Computer" seized from Defendant pursuant to Court Order on June 17, 2005.

6) The remainder of this Court's Amended Temporary Restraining Order dated June 13, 2005 will remain in full force and effect with the exception that Bank of America account (number #### #### 4410) in the name of "Extreme Audio" shall be excluded from the asset freeze, and any and all restrictions placed thereon, if any, shall be lifted effective with the execution of this Order.

7) A status conference is scheduled in this case for **Friday, August 26, 2005 at 10:00A.M.**

**DONE AND ORDERED** in chambers this 21st day of June, 2005.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record